# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-1168
LT Case No. 2009-CF-011879-A
_____

SCOTT M. DRIVER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Scott M. Driver, Lake City, pro se.

James Uthmeier, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.

November 18, 2025

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____